

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>Rolando NAVA PACHECO<br><br>                              Defendant. | Case No.:  25mj4358<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1) and (b) – Assault on a Federal Officer (Felony)<br>Title 18 U.S.C. § 1361 Destruction of Government Property (Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about August 11, 2025, within the Southern District of California, the defendant, Rolando Nava PACHECO did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with Homeland Security Investigations Special Agent S.T., a federal law enforcement officer designated under 18 U.S.C. §1114, such acts involving physical contact, to wit defendant Struck Special Agent S.T. in the hip with his vehicle while said officer was engaged in the performance of official duties, in violation of 18 U.S.C. §111(a)(1) and (b).

## COUNT 2

On or about August 11, 2025, within the Southern District of California, the defendant, Rolando Nava PACHECO did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with Enforcement and Removal Deportation Officer E.V., a federal law enforcement officer designated in 18 U.S.C. §1114, while Officer E.V. was engaged in the performance of official duties, and during the course of the assault,

did inflict bodily injury, to wit defendant hit officer E.V. with his vehicle while officer E.V. was in his vehicle in violation of 18 U.S.C. §§111(a)(1) and 111(b).

### COUNT 3

On or about August 11, 2025, within the Southern District of California, the defendant, Rolando Nava PACHECO did willfully injure and commit a depredation against property of the United States, or of a department or agency thereof, to wit: Defendant drove his vehicle into a parked government owned vehicle at or near Escondido, California, property owned by the Homeland Security Investigations, and caused more than $1,000 in damage to such property; in violation of Title 18, United States Code, Section 1361, a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent James Reavis
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 12th day of August 2025.

_____
Honorable Valerie E. Torres
United States Magistrate Judge

## **STATEMENT OF FACTS**

I, Special Agent (SA) James Reavis, of Homeland Security Investigations (HSI), declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

During the course of my duties, I have learned that following information from my personal participation in the investigation or by speaking with or having read reports prepared by other law enforcement officers, witnesses or victims. The following does not contain all the information known to myself or other federal agents and state and local law enforcement officers regarding this investigation but does contain those facts believed to be necessary to establish requisite probable cause.

All dates and times in this statement of facts are approximate. All dates refer to the current Calander year and all time in this statement refer to Pacific Standard time (PST) unless specificized otherwise.

On August 11, 2025, agents assigned to a Homeland Security Task Force (HSTF) conducted a joint operation to arrest an individual, suspected of immigration violations. The HSTF included personnel from Homeland Security Investigations (HSI), Enforcement and Removal Operations and United States Marshall Service (USMS). Federal Agents received intelligence that the suspect drove a white pickup truck and resided at a residence Escondido, CA. The Federal agents traveled to Escondido and found the vehicle in a parked position. Federal agents observed a male individual get into the White truck and drive off.

At approximately 630 hours, Federal agents attempted to pull over the white truck. Agents positioned their vehicles on the front left, rear, and right sides of the white truck. Federal agents exited their vehicle wearing visible law enforcement identifiers and verbally identified themselves as federal agents. A Federal agent standing on the driver side of the white truck asked the driver to step out of the vehicle, to which the driver said he was a minor. Federal agents then asked for the driver's identification. The driver of the white pickup truck then accelerated and turned right, striking the driver's side door of the federal vehicle positioned on the right side of the white truck as well as striking the lower left hip area of HSI Special Agent S.T. This occurred at approximately 637 hours.

The driver of the white pickup truck then sped away, while the Federal Agents followed. A short time later Enforcement and Removal Officer E.V. arrived in a Federal vehicle and tried to block the path of the white pickup truck. The driver of the white pickup truck hit Officer E.V.'s vehicle head on. The driver of the white pickup truck then put his vehicle into reverse and was pushed into a residential yard by the Federal vehicle he had struck. The driver of the white pick-up truck was then arrested and identified as Rolando NAVA PACHECO, who was not the original target.

HSI Special Agent S.T. did not seek medical treatment. Enforcement and Removal Officer E.V. did travel to the hospital for treatment. Damage to the Federal vehicle that the defendant struck on the drivers side door is estimated to be in excess of $1000 dollars.

During the interview of NAVA PACHECO, he stated that he knew the Federal Agents were Police and did see marking which say police. NAVA PACHECO also stated that he

2

was scared and did not want to get "roughed up and thrown to the ground." PACHECO then stated that due to his fear he sped off hitting the Agents vehicles in the process.

NAVA PACHECO was arrested and charged with a violation of 18 U.S.C § 111(a)(1) Assault on a federal Officer and 18 U.S.C. § 111(b) Assault on a federal officer resulting in bodily injury.