# EXHIBIT A



# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



08/28/2025 13:26 EDT                                                                                              Page 1 of 9

**CASE NUMBER**
SY05DR25SY0006

**CASE OPENED**
8/11/2025

**CURRENT CASE TITLE**
Ronaldo Nava Pacheco/Assault

**REPORT TITLE**
Statements From victims and Witnesses

**SYNOPSIS**

```
On August 11, 2025, Homeland Security Investigations (HSI),
Immigration and Customs Enforcement (ICE), and United Stated
Marshall Service (USMS) conducted a joint operation to arrest
targets for immigration violations. Federal agents discovered a
nearby vehicle which they believed may contain their target. An
agent contacted the driver of the vehicle, Ronaldo Nava
PACHECO. PACHECO after being contacted veered right striking an
HSI agent and his Vehicle. Agents pursued PACHECO who shortly
after rammed his vehicle into an ICE vehicle. PACHECO was then
arrested and transported to the Federal Building located in San
Diego, California.

This ROI depicts the verbatim statements provided by the
victims and Witnesses involved in the incident.
```

**REPORTED BY**
James Reavis
SPECIAL AGENT

**APPROVED BY**
Shawn Doyle
SPECIAL AGENT

**DATE APPROVED**
8/26/2025

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Ronaldo Nava Pacheco/Assault | SY05DR25SY0006-002 | 8/26/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

000010



**DEPARTMENT OF HOMELAND SECURITY**

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

08/28/2025 13:26 EDT                                                                                                   Page 2 of 9

## DETAILS OF INVESTIGATION

The following are the verbatim statements of the Agents involved in the incident and those who witnessed the incident.

**STEPHEN TUNILLA HOMELAND SECURITY INVESTIGATIONS SPECIAL AGENT:**

"On August 11th, 2025, Homeland Security Investigations (HSI) Special Agent (SA) Stephen Tunilla, in conjunction with the Homeland Security Task Force (HSTF), conducted enforcement operations in Escondido, California. At approximately 6:34 a.m., agents identified a white 2014 Dodge Ram bearing California plates ███████. The vehicle was registered to an individual known to be illegally present in the United States. The HSTF followed the vehicle and initiated a traffic stop to verify the identity of the individual driving the target vehicle. The vehicle, initially failing to pullover, stopped in front of a residence located at 712 Montview Dr., Escondido, CA 92025.

t approximately 6:37 a.m., Special Agent Stephen Tunilla' s assigned vehicle, a 2019 Dodge Charger (S/N), was struck on the driver's side door while parked, attempting to effect an arrest. Prior to the collision, SA Tunilla pulled up parallel to the passenger side of the White Dodge Ram, slightly in front of the suspect's vehicle. SA Tunilla opened the driver's side door and exited his vehicle to provide passenger side cover on the suspect driving the targeted Dodge Ram. The driver's side door of the Dodge Charger was open and angled at approximately 45   55 degrees while SA Tunilla stood outside of the vehicle next to his driver side door, directly facing the passenger side window of the Dodge Ram. At approximately 6:37 a.m., the driver of the target vehicle hit his gas pedal, driving into the driver's side door and SA Tunilla, causing the driver's side door to wrap forward of the driver's side front left quarter panel, bending the window frame of the door so that it was perpendicular to the ground, and resulting in the suspect fleeing the scene, temporarily evading arrest."

**EDWARD VALLE DETENTION AND DEPORTATION OFFICER:**

I, Deportation Officer (DO) E. Valle, am assigned to the San Diego Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Field Office's Fugitive Operations Unit (FOU) with an area of operational enforcement to include, but not limited to, the San Diego County area. In part, this unit is responsible for locating and identifying criminal aliens involved in criminal activities and processing them for removal proceedings in most cases when applicable under the law.

NAVA Pacheco, Rogelio, A216 380 180, came to the attention of ICE, from personal, knowledge and experience as I previously arrested him for immigration violations. At the time of arrest NAVA

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Ronaldo Nava Pacheco/Assault | SY05DR25SY0006-002 | 8/26/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

000011




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

08/28/2025 13:26 EDT                                                                 Page 3 of 9

owned a 2014 White Dodge Ram truck, bearing California license plate: ▮▮▮▮ and a 2013 Red Dodge Ram truck, bearing California license plate: ▮▮▮▮. NAVA was residing at ▮▮▮▮ Escondido, CA. On a regular basis NAVA would park his trucks facing east at the intersection of W. 13th Ave and Broadway Place in the City of Escondido, CA. NAVA usually departed in his Red Dodge Ram truck at approximately 0630 hours. During my surveillance I observed him to drive east bound on W. 13th Ave, north bound on S. Broadway, west bound on W. 11th Ave where the Red Dodge Ram truck was observed parked at the corner of S. Maple St, just north of W. 11th Ave in the City of Escondido, CA.

On May 2, 2024, at approximately 0630 hours, I last arrested NAVA after I conducted a vehicle stop as he was the driver and the registered owner of the 2013 Red Dodge Ram truck, bearing California license plate: ▮▮▮▮. I observed that NAVA opened the driver's side door immediately as he came to a complete stop, his legs were swung around the driver side as if he was getting ready to exit and flee on foot, but I was able to intercept him before he did. I do remember that accompanying NAVA in the front passenger side was a young adult male. I personally did not encounter the adult male, but he was allowed to leave the scene.

Since then, I have occasionally driven by the above mentioned address where I've noticed both vehicles parked at the above mentioned location. Recently in the last few months without keeping track I've noticed only the 2014 White Dodge Ram truck was present at the above mentioned address.

On or about July 11, 2025, I conducted surveillance at the above mentioned address where I located the White Dodge Ram truck. At approximately 0630 hours, I observed an adult male walking across the street, deactivating the truck alarm and turn on the truck remotely as the adult male entered the driver side of the truck. That adult male matched the similar descriptions of NAVA including height, weight and some facial hair. The White Dodge Ram truck proceeded to travel east bound on W. 13th Ave and continued north bound on S. Broadway. At that point I terminated surveillance knowing that I was going to target NAVA soon for enforcement action and I didn't want him to see my vehicle.

On August 10, 2025, at approximately 1500 hours, I created a Field Operation Worksheet (FOW) and Form I 200, Warrant for Arrest of Alien for NAVA. Record checks conducted on both Dodge Ram trucks indicate that the registered owner is a possible relative with the similar last name to an address in the City of Valley Center, CA but the White Dodge Ram truck is physically present at the Escondido address.

On August 11, 2025, at approximately 0430 hours, I drove by the above mentioned address where I located the above mentioned vehicle parked on Broadway Place facing north, just south of W. 13th Ave.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Ronaldo Nava Pacheco/Assault | SY05DR25SY0006-002 | 8/26/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

000012



# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

08/28/2025 13:26 EDT                                                                                                 Page 4 of 9

At approximately 0500 hours, Homeland Security Investigation (HSI), Special Agent (SA) A. Tunilla, Supervisory Detention and Deportation Officer (SDDO) Martinez, DO Vidrio, DO Pantoja, United States Marshals (USM) J. Mederos, USM I. Leos and I reviewed the Field Operation Worksheet (FOW) and photographs for NAVA. All officers/ agents were dressed in civilian attire wearing all government issued enforcement gear with their department issued badges and "Federal Officer" patches. All officers/ agents were driving unmarked government vehicles equipped with emergency red/blue lights and sirens.

At approximately 0530 hours, the above mentioned officers/ agents set up surveillance near the above mentioned address at strategic locations where DO Pantoja had a view of the above mentioned vehicle.

At approximately 0630 hours, DO Pantoja observed the White Dodge Ram truck alarm de activate remotely, and he heard the truck turn on as an adult male walked up enter the driver side of the truck. DO Pantoja relayed that information via radio communication and advised the driver matched the descriptions of NAVA. A few minutes later, the 2014 White Dodge Ram truck, bearing California license plate: ███████, departed traveling west bound, not his regular direction of travel.

I remember hearing that SDDO Martinez was following the Dodge Ram truck west bound on W. 13the Ave, south bound on Centre City Parkway, west bound W. Felicita Ave, south bound on S. Redwood St. At that point I remember hearing that SDDO Martinez initiated a vehicle stop utilizing his emergency Police lights and sirens but the Dodge Ram truck field to yield. Because of the heavy traffic and traffic lights I was delayed. I did hear the whereabouts where they were last traveling.

I eventually arrived at the scene located at or about 712 Montview Drive, Escondido, CA. Once I made a right hand turn from S. Redwood St into Montview Drive all I saw was a cloud of dust and officers/ agents' government service vehicles on the street. I stepped out and I could hear officers/ agents yelling that SA Tunillas' vehicle was hit and the Dodge Ram truck fled. I yelled out asking what direction he fled, and somebody yelled out or pointed at a southern direction of travel.

I proceeded to travel south on Vermont Place, turned and continued traveling south on Alexander Drive, I took a different route hoping to intercept the Dodge Ram truck. I traveled at a safe speed where I overheard on the radio that the Dodge Ram truck was being followed by officers/ agents and that he was making a left turn on an unknown street. As I was traveling south bound on Alexander Drive passing through Brotherton Road, I could see from a distance a white vehicle racing up the street. I also observed additional vehicles behind the White Dodge Ram truck that were breaking away as if the truck was traveling at a high rate of speed. As that vehicle

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Ronaldo Nava Pacheco/Assault | SY05DR25SY0006-002 | 8/26/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

000013



**DEPARTMENT OF HOMELAND SECURITY**

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

08/28/2025 13:26 EDT                                                                                                           Page 5 of 9

continued to travel north bound, I was able to identify it to be the White Dodge Ram truck. I remember observing a side street (McDonald Lane) between me and the truck. As the Dodge Ram truck passed McDonald Lane, I activated my emergency Police lights and sirens. I observed the Dodge Ram truck reduced its speed but closing in quickly. The truck was trying to turn to the left side of the lane but as I was slowing down, I blocked him by using my government issued vehicle. The Dodge Ram truck tried turning to the right side of the lane but again I blocked him as I continued to slow down. As the Dodge Ram truck closed its distance, he straightened his vehicle towards me. At approximately 0639 hours, I don't know what speeds he was traveling when the Dodge Ram truck hit my government issued vehicle head on. I couldn't tell if we both bounced off from each other or if the Dodge Ram truck went in reverse and was turning to left. At that point knowing the driver already had assaulted SA Tunilla, fearing for my life, fearing for the life's of other officers/ agents and the immediate general public I re engaged the Dodge Ram truck pushing it up against a tree at a drive way located at 2024 Alexander Drive, Escondido, CA. I saw the adult male driver raised his hands up as to indicate that he surrendered, I remember seeing SDDO Martinez giving verbal commands while holding the driver at gun point. I quickly stepped out of my vehicle leaning against the driver's side of my vehicle as I was removing myself from the line of fire. Within a seconds I saw the driver being escorted out of the vehicle and onto the ground as I lost sight of them. I ran around the Dodge Ram truck and observed USM Mederos, USM Leos and SDDO Martinez attempting to handcuff the driver who was resisting. I positioned myself to control the drivers head by placing my hands to the side of his ears and jam. I yelled at the driver to stop resisting and shortly after he was successfully restrained in handcuffs.

I instructed officers to take the driver to my service vehicle which was caged. On the way to my vehicle, somebody gave me the drivers wallet where I located a California Driver's license, ███████, and a Mexican Matricula card. The above mentioned documents identified the driver as Ronaldo NAVA Pacheco, DOB: ██████ 2005. I contacted the Law Enforcement Service Center (LESC) who conducted record checks on Ronaldo. According to the LESC, Ronaldo is a citizen and national of Mexico. Ronaldo has no valid authorization to be or reside in the United State (U.S.). Ronaldo has no pending applications or petitions with USCIS.

I called the Escondido Police Department (EPD) to advise of our accident, and I requested Emergency Medical Technicians (EMT's) to medically evaluate the driver and me. I was experiencing back pain.

EPD and EMT's arrived at the scene where the driver of the White Dodge Ram truck declined any medical attention. EMT's evaluated me and I accepted to be transported to the Palomar Medical Center (PMC).

At the hospital x rays were taken of my back and right shoulder due to the pain I was experiencing. The x rays resulted in negative permanent injuries. I was advised by ER doctors

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Ronaldo Nava Pacheco/Assault | SY05DR25SY0006-002 | 8/26/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

000014



# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

08/28/2025 13:26 EDT                                                                                              Page 6 of 9

that in the next few days I should be experiencing aches and pain, which is common because of the car accident. At approximately 12 pm, I was released from PMC with prescribed medications for back pain and muscle relaxers.

As of August 15, 2025, I woke up experiencing my back to be stiff with minor aches and pain. Currently I'm still taking the medication I was prescribed.

**ISSAC LEOS UNITED STATES MARSHALS SERVICE:**

On August 11, 2025, at approximately 0600 hours, USMS, ICE and HSI conducted surveillance at NAVA PACHECO's last known address of ▮▮▮▮ ▮▮▮▮▮▮▮▮ Escondido, CA 92025. A lifted, white in color Dodge Ram with custom tires/rims and CA plate ▮▮▮▮▮ was the vehicle associated to NAVA PACHECO. NAVA PACHECO had been previously arrested by ICE in this vehicle. At about 0634 hours, ICE Officer Valle spotted who he believed to be NAVA PACHECO entering the driver seat of the white in color Dodge Ram who then proceeded to drive westbound on 13th St.

ICE Officer Martinez initiated a traffic stop at 715 Montview Dr Escondido, CA 92025. The Dodge ram pulled over to the side of the road and Officer Martinez approached the driver side door. All law enforcement officers were clearly marked as police. DUSM Leos approached the driver's side rear passenger door and heard what sounded like Officer Martinez trying to have NAVA PACHECO open the driver's door. The vehicle then started to drive forward with loud engine sounds as if someone stepped hard on a gas pedal. DUSM Leos heard what sounded like metal hitting metal. DUSM Leos then observed that HSI agents Tunilla's driver's door on his Dodge Charger (GOV) was deformed after being struck by the Dodge Ram. The Dodge Ram was seen traveling westbound on Montview Dr. Approximately 1 minute later, DUSM Leos spotted the Dodge Ram driving eastbound on Montview, headed in the direction where the traffic stop had occurred, and all units currently were. DUSM Leos saw the Dodge Ram turn southbound onto Miller Ave. DUSM Leos maintained a visual of the Dodge ram who also appeared to fail to yield at the stop sign located at Miller Ave and W Citracado Pkwy. The Dodge ram then continued eastbound on W Citracado Pkwy. The Dodge ram then turned Northbound onto Alexander Dr where I heard Officer Valle state, "He just hit me, he just hit me". The second stop location caused by vehicle collision occurred just outside of 2024 Alexander Dr.

The Driver who was later identified as Ronaldo NAVA PACHECO (CA Driver License ▮▮▮▮▮▮▮) was then taken out of the vehicle where he was apprehended without further incident at approximately 0649 hours. Ronaldo is the brother to Rogelio (The individual that we were looking for). ICE stated that Ronaldo NAVA PACHECO did not have authorization to be in the U.S.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Ronaldo Nava Pacheco/Assault | SY05DR25SY0006-002 | 8/26/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

000015




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

08/28/2025 13:26 EDT                                                                                                           Page 7 of 9

DUSM Leos requested assistance from The Escondido Police Department due to the traffic collision (250062722) and multiple crimes scenes. The Escondido Fire Department arrived and evaluated NAVA PACHECO. NAVA PACHECO was not transported to the hospital.

ICE Officer Valle was transported by Escondido Fire Department to the Palomar Medical Center for further treatment following the traffic collision.

HSI arrived on scene and took statements from all Officers/Agents/Deputy Marshals. HSI will be conducting the investigation.

**JOVANNA MEDEROS UNITED STATES MARSHALS SERVICE:**

On August 11, 2025, surveillance was conducted at NAVA PACHECO's known residence, 116 West 13th Avenue, Escondido, California. NAVA PACHECO's vehicle a 2014 White Dodge Ram Lifted Truck with California License Plate 41880G3 was confirmed to be at that location.

At approximately 06:35 a male subject who fit NAVA PACHECO's descriptions was seen entering the 2014 White Dodge Ram with California license plates 41880G3. The vehicle was followed and a traffic stop was conducted at 715 Montview Drive, Escondido, California. When DUSM Mederos exited her vehicle ICE Agent Martinez was giving NAVA PACHECO commands to open the door to the vehicle. NAVA PACHECO fled the scene striking HSI Tunilla's driver's door. ICE Agent Martinez' foot was within a few feet of NAVA PACHECO's tire and his hands were on the driver's window when NAVA PACHECO took off. NAVA PACHECO traveled Westbound on Montview Drive and was later observed driving back towards our direction. NAVA PACHECO was followed and ICE Agent Valle attempted a vehicle stop at 2024 Alexander Drive, Escondido, California. NAVA PACHECO did not stop and hit ICE Agent Valle's vehicle head on. DUSM Mederos pinned to block NAVA VALLE from the front driver's side rim. DUSM MEDEROS was driving a silver Dodge Durango, there was no damage to this vehicle. NAVA PACHECO was given commands to exit the vehicle ICE Agent Martinez approached NAVA PACHECO'S vehicle and pulled him out of the vehicle. NAVA PACHECO resisted arrest by keeping his arms rigid, DUSM Leos, DUSM Mederos, ICE Agent Martinez and ICE Agent Valle struggled to put hand cuffs on him. NAVA PACHECHO was apprehended at approximately 06:49. After reviewing his identification the individual detained was identified as the target's brother, NAVA PACHECO, Ronaldo.

Escondido Police arrived at the scene, and an incident report was created #250062722. Medics arrived on scene and NAVA PACHECO was evaluated and he was medically cleared. NAVA PACHECO was placed into the back of ICE Agent Valle's vehicle and later transported by ICE to their cellblock in San Diego, California. ICE Agent Valle was transported to the hospital due to the injuries resulting from the collision.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Ronaldo Nava Pacheco/Assault | SY05DR25SY0006-002 | 8/26/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

000016




# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

08/28/2025 13:26 EDT                                                                                                   Page 8 of 9

**HUMBERTO MARTINEZ DETENTION AND DEPORTATION OFFICER:**

On August 11, 2025, at approximately 0635am. I Supervisory Detention and Deportation Officer (SDDO) continued to track the target vehicle, a white in color 2014 Dodge Ram bearing CA plates ▓▓▓▓▓▓. We head west bound on West 13th Ave in Escondido, CA. We head south bound on South Centre City Parkway. We continued to travel west bound on West Felicita Ave, then south bound on Redwood Street.

At approximately 0637am, I initiated my blue and red lights on my government issued vehicle. The target failed to yield to law enforcement commands. The target came to a stop at 712 Montview Dr in Escondido, CA. Wearing my issue DHS/ICE/ERO vest with markings; I made initial contact with the driver. I asked the driver in Spanish if his name was Nava Pacheco. The driver responded "yes". I asked the driver if he had a driver's license or an identification card. The driver responded, "no and I'm a minor". I asked for his age, the driver responded with "I'm 18". I informed the driver he was not a minor; he is an adult.

Twice, I ordered the driver to place the Dodge Ram in park and open the door. The driver fled the scene and collided with a government Dodge Charger vehicle. I continued to track the Dodge Ram south bound on Miller Ave, west bound on Brotherton Road and north bound on Alexander Drive.

At approximately 0640am, Deportation Officer (DO) Valle positioned his government Ford Expedition to block the road on the north side of Alexander Drive. Despite the blockade, the Dodge Ram continued moving forward and collided with DO Valle's vehicle. DO Valle, with the assistance of a U.S Marshal's government Dodge Durango, successfully prevented the Dodge Ram from advancing further.

Without further incident, Federal Officers were able to take custody of the driver and placed into handcuffs.

**JOHN PANTOJA DETENTION AND DEPORTATION OFFICER:**

On 8/11/25, I, along with other federal agents from ICE, HSI, and USMS conducted an operation to locate and arrest Rogelio Nava Pacheco, in Escondido, Ca.

At approximately 6:30 AM, I saw an adult male who matched the physical characteristics of Nava Pacheco get into the vehicle he is known to drive and leave the area. This vehicle is a white Ram, Ca plate 41880G3. I communicated my observations with the other federal agents, who then began to follow the vehicle. A few minutes later, I heard a communication that the Ram collided with a government vehicle, in order to evade a vehicle stop. I then dialed 911, spoke to an Escondido PD dispatcher and told her about the collision and that the vehicle was still being followed by federal agents. I also requested assistance from Escondido PD, due to believing the

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Ronaldo Nava Pacheco/Assault | SY05DR25SY0006-002 | 8/26/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

000017

 

# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

08/28/2025 13:26 EDT                                                                 Page 9 of 9

suspect committed an assault on a federal agent. A few minutes later, I arrived at the scene of where the federal agents stopped the suspect's vehicle, which was 2024 Alexander Dr, Escondido, Ca. At that scene, I saw the suspect's vehicle was pinned against a tree, with two government vehicles blocking it from the front. The suspect, later identified as Ronaldo Nava Pacheco and was in custody.

Investigation continues.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Ronaldo Nava Pacheco/Assault | SY05DR25SY0006-002 | 8/26/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

000018