**BRITTANY L. SHERRON**
California State Bar No. 333762
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Brittany_Sherron@fd.org

Attorneys for Mr. Nava Pacheco

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONALDO NAVA PACHECO,<br>Defendant. | CASE NO.: 25-CR-3465-BJC<br>Hon. Benjamin J. Cheeks<br>Date: January 5, 2026<br>Time: 2:00 p.m.<br>**MOTION FOR ORDER SHORTENING TIME** |

Ronaldo Nava Pacheco, through his attorneys, Brittany L. Sherron, Kyra Sinclair, and Federal Defenders of San Diego, Inc., requests an order shortening time to file Mr. Nava Pacheco's Motion to Suppress Evidence. Undersigned counsel is lead counsel for Mr. Nava Pacheco. Last week, undersigned counsel fell ill and was unable to complete work on the motion to suppress before going out on unexpected sick leave. Counsel was out of the office and very ill from December 11 to 16, 2025. Counsel was unable to draft the motion while out on sick leave. Counsel returned to the office on December 17, 2025 and promptly finished drafting the motion and filed it on the same day.

Because of the unexpected nature of undersigned counsel's leave and associated filing delay, the defense has no objection to the government taking a full week to respond to the motion, which would make the government's response due on December 24, 2025. The defense respectfully requests the Court maintain the

motion hearing date on January 5, 2026, if at all possible.

Respectfully submitted,

Dated: December 17, 2025

*s/ Brittany L. Sherron*

Federal Defenders of San Diego, Inc.
Attorneys for Mr. Nava Pacheco
Email: Brittany_Sherron@fd.org