United States District Court

Southern District of California

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>  v.<br><br>Ronaldo Nava Pacheco,<br><br>*aka Rolando Nava Pacheco*,<br><br>              Defendant. | Case No. 25-cr-03465-BJC<br><br>**Judgment and Order Granting United States' Motion to Dismiss Indictment Without Prejudice**<br><br>The Honorable Benjamin J. Cheeks |

    Upon the motion of the United States, and good cause having been shown,

    IT IS ORDERED that the Indictment against Defendant in this case is dismissed without prejudice.

    IT IS SO ORDERED.


Dated: __December 19__, 2025.

_____
The Honorable Benjamin J. Cheeks
United States District Judge